IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:03CR484** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **ROY L. WOOD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED:

1.      The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 72);

2.      Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motion, and the motion (Filing No. 72) is summarily denied; and

3.      The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 14th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge